No. 930. THE JOHN CHURCH COMPANY, PETITIONER, *v.* HILLIARD HOTEL COMPANY ET AL. April 10, 1916. Peti-

tion for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Moses H. Grossman* for the petitioner. *Mr. Levi Cooke* for the respondents.